USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/3/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD HOWZE 13 Civ. 3237(JMF)(AJP)

(In the space above enter the full name(s) of the plaintiff(s).)

AMENDED COMPLAINT

under the Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

JOHN SANCHEZ(MANAGER OF ASSCOATED SUPERMARKET)
OFFICER KEITH HALL
OFFICER WENDY ROJAS
DR. JEAN RICHARD(PRISON HEALTH SERVICES)

Jury Trial: ☑ Yes ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

RECEIVED
OCT - 3 2013
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name RICHARD HOWZE
ID # 360-130-0226 OLD#349-1213-869
Current Institution AMKC C-95
Address 18-18 HAZEWN ST.
E. ELMHURST NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name JOHN SANCHEZ Shield # N/A
Where Currently Employed ASSCOIATED SUPERMARKETS
Address 2444 7th ave NEW YORK,NY 10030

Defendant No. 2
Name OFFICER KEITH HALL Shield # 156742
Where Currently Employed 32nd PRECINT
Address W. 135th st NEW YORK,NY 10030

Defendant No. 3
Name WENDY ROJAS Shield # N/A
Where Currently Employed 32nd PRECINT
Address W. 135th st NEW YORK,NY 10030

Defendant No. 4
Name DR. JEAN RICHARD Shield # ______
Where Currently Employed AMKC C-95
Address 18-18 HAZEN ST.E. ELMHURST NY 11370

Defendant No. 5
Name ______ Shield # ______
Where Currently Employed ______
Address ______

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
NOT APPLICABLE

B. Where in the institution did the events giving rise to your claim(s) occur?
NOT APPRICABLE

C. What date and approximate time did the events giving rise to your claim(s) occur?
MARCH 5, ~~st~~2012 at 8:15 am

D. Facts: ON MARCH 5, 2012 AT APPROX. 8:15 am WHILE I WAS SHOPPING IN THE ASSCOIATED SUPRRMARKET LOCATED AT 2444 7th ave NEW YORK ,NY 10030. AS I WAS WALKING TOWARDS THE ATM MACHINE TO WITH DRAW MONEY TO PAY FOR MY ITEMS DEFENDANT JOHN SANCHEZ APPROACHED ME SMELLING STRONGLY OF ALCOHOL AND SAID IN A SLURRED VOICE"WE DON'T SERVE YOU F@GGOTS AND HOMOS IN HERE" I GOT ANGRY AT HIS COMMENTS CONCERNING MY SEXUALIITY AND TOLD TO GO FUCK HISSELF. I SET MY ITEMS DOWN AND TRIED TO LEAVE THE STORE TO AVOID ANY FURTHER PROBLEMS BUT MR SANCHEZ REFUSED TO ALLOW ME TO LEAVE. IN F$AACT HE HELD A WEAPON OF SOME SORT THEATENING TO ATTACK ME IF I TRIED TO GET BY HOM. HE THEN CALLED THE POLICE WHEN THEY ARRIVED I TRIED TO EXPLAIN THAT MR SANCHEZ WAS DRUNK AND SCHOULD BE BER GIVEN A BREATH ALIZER BUT MTY REQUEST WAS IGNORED AND I WAS FALSELY ARRESTED.AND FALSELY IMPRISONED. THE CHARGES WERE EVENTUALLY DISMISSED BUT DUE THE FALSE CHARGES LODGED AGAINST ME IN A FUTURE INCIDENT I WAS DENIED BAIL AND REMANDED.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. DUE TO THE FALSE ARREST BECAUSE OF THE FALSE ALLIGATIONS OFG MR SANCHEZ I SUFFER FROM FEAR OF SHOPPING WHICH HASD IMPACTED ME BEING ABLE TO CARE FOR MYSELF FOR FEAR I WILL BE AGAIN BE THE VICTIM OF WHAT IS BASICALLY A HATE CRIME.BECAUSE OF THE IMPRISONMENT I LOST MY PLCE OF EMPLOYMENT, NUMEROUS IRRRPLACABLE PERSONAL ITEMS. MY HEALTH WAS PLACED IN JEPORDY BECAUSE INMATES WERE NOT PROPERLY SCREENED BY THE MEDICAK STAFF

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No *

FACTS (PAGE 3) CONTINUED...............

BECAUSE OF THE FALSE ARREST , FROM THE FALSE ACCUSATION BY THE DEFENDANT JOHN SANCHEZ, BOTH BEING ILLEGAL AND IN VIOLATION OF MY CONSTITUTIONAL RIGHTS TO BE FREE FROM UNLAWFUL IMPRISONMENT, DISCRIM -INATION, AND THE PRODUCT OF CRUEL AND UNUSAL PUNISHMENT.

THE DEFENDANT MR. SANCHEZ WHO CLEARLY WAS INTOXICATED, LET HIS RACIST OPINION OF GAY MEN SEND HIM INTO A HOMOPHOBIC RAGE CAUSING HIM TO CALL THE POLICE WITH THE SOLE PURPOSE OF CAUSING HARM, AND HUMILIATION TO THE PLANTIFF. ALTHOUGH THE TWO POLICE OFFICERS WERE ONLY ACTING IN THEIR PROFESSIONAL CAPACITY I FEEL THAT THEY SHOULD HAVE AT LEAST HEEDED TO MY REQUEST TO GIVE THE DEFENDANT A BREATHALIZER TEST.

INJURIES(PAGE3) CONTINUED.....

MY HEALTH AND SAFTY WAS PUTMIN FURTHER JEPORDY IN THE COUNTY JAIL BY UNCARING AND IN ATTENTIVE HEALTH CARE WORKERS WHO FOR LACK OF PROPER SCREENING ALLOWED INMATES WHO WRER INFECTED WITH CHICKEN POX TO BE PLACED IN DORMS WITH OTHEREINMATES . DR. JEAN RICHARD's AND STAFF SHOWED SUCH DELIBERATE INDIFFERENCE TO OTHER PRISONERS HEALTH THAT IT FORCED THE PLAINTIFF TO ENDURE CRUEL AND UNUSUAL PUNISHMANT BY HAVING TO BE ISOLATED UNTIL THE MEDICL STAFF COULD SCREEN EVERYONE WHO CAME INTO CONTACT WITHTHE INFECTED INMATE.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). NOT APPLICABLE

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No * ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No * Do Not Know ____

If YES, which claim(s)? ____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No * NOT APPLICABLE

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? NOT APLICABLE

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? NOT APPLICABLE

1. Which claim(s) in this complaint did you grieve? NOT APPLICABLE

2. What was the result, if any? NOT APPLICABLE

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. WITH RESPECT TO MY CLAIM OF CONSTITUTIONAL VIOLATIONS THERE IS NO GRIEVANCE SYSTEM PRESENT AT AMKC TO ADDRESS MY ISSUES SO I CONTACTED PRISONER;S RIGHT'S

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: THIS FACICILTY IS NOT IN COMPLINCE WITH THE DIRECTIVE PERTAINING TO THE APPEAL PROCESS.

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: NOT APPLICABLE

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. THIS CLAIM DOES NOT INVOLVE THE GRIEVANCE PROCESS

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). PLAINTIFF SEEKS DAMAGES FROM THE DEFENDANTS NAMED HEREIN IN THEIR INDIVIDAL AND OFFICIAL CAPACITIES, FOR PAIN AND SUFFERING. IN THE AMOUNT OF 2.5 MILLION DOLLARS, AND PUNITIVE DAMAGES IN THE AMOUNT O 2.5 MILLION DOLLARS ,AND FINALCOMPENSATORY DAMAGES IN THE AMOUNT OF 1 MILLION DOLLARS FOR THE TOTAL SUM OF 6 MILLION DOLLARS. AND I ASK THAT THIS COURT ORDERS DEFENDANT JOHN SANCHEZ FROM FILING FALSE POLICE REPORTS JUST TO SATISFY HIS DISCRIMINATORY ATTITUDE TOWARDS THOSE WHOSE SEXUAL PREFRENCES DIFFER FROM HIS. AND THAT THE POLICE INQUIRE FURTHER BEFORE MAKING SUCH ARBITARY ARRESST. AND THAT DR,RICHARD BETTER TRAIN HIS STAFF TO PROTECT OTHER INMATES FROM CONTACTING CHICKEN POX AND OTHER THINGS THAT COULD BE EASILY AVOIDE

VI. **Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No _*_

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff NOT APPLICABLE

Defendants ____

2. Court (if federal court, name the district; if state court, name the county) ____

3. Docket or Index number ____

4. Name of Judge assigned to your case ____

5. Approximate date of filing lawsuit ____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes * No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff RICHARD HOWZE

Defendants CAPTAIN BELL et al

2. Court (if federal court, name the district; if state court, name the county) HAVE NOT RECIEVED AN ANSWER TO MY CLAIM AS OF YET

3. Docket or Index number ____

4. Name of Judge assigned to your case ____

5. Approximate date of filing lawsuit ____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 7 day of SEPTEMBER, 2013.

Signature of Plaintiff ______________________

Inmate Number OLD# 349-1213-869 NEW# 360-130-022

Institution Address 18-1 HAZEN ST.

E. ELMHURST NY 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 7 day of SEPTEMBER, 2013, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]


Richard Howze
360-13-00226
18-18 Hazen St.
E. Elmhurst, N.Y.
11370
USM P3
SDNY
U.S. District Court
Southern District of New York
500 Pearl St Rm. 230
New York, N.Y. 10007